**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**

      **Plaintiff,**

**-vs-**                  **Case No.  CR-3-04-129 (1)**

**COREY GAY,**

      **Defendant.**

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES CHIEF MAGISTRATE JUDGE, AND ACCEPTING THE PLEA OF GUILTY**

---

  This matter came on for a hearing at 9:13 a.m. on January 12, 2006, for a change of plea. Upon unanimous consent of the parties the matter was heard before Chief United States Magistrate Judge Michael R. Merz.  Having conducted a full plea colloquy with the defendant, the Magistrate Judge concluded that the Defendants plea of guilty was knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilt.

  The Court, noting that no objections have been filed thereto and that the time for filing such objections expired on January 27, 2006, hereby ADOPTS said Report and Recommendations.

  Therefore, based upon the aforesaid, and this Courts de novo review of the comprehensive findings by the Chief United States Magistrate Judge this Court adopts the Report and Recommendations of the United States Magistrate Judge (Doc. #65) in its entirety, finding that the plea was knowing, intelligent and voluntary.  The Defendant is FOUND guilty of the offense for which he pled. This matter is ORDERED referred to the Unites States Probation Department for a presentence investigation and report.  Sentencing is scheduled for April 21, 2006, at 2:00 p.m.

**DONE** and **ORDERED** in Dayton, Ohio, this 30th day of January, 2006.

                                                       **s/Thomas M. Rose**
                                       _____
                                                   THOMAS M. ROSE, JUDGE
                                            UNITED STATES DISTRICT COURT